**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

KEVIN REED,

    Plaintiff,

v.                                                                           No. 14-1021

UNITED STATES OF AMERICA,

    Respondent.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

On January 27, 2014, Plaintiff, Kevin Reed, filed a pro se motion to vacate, set aside, or correct sentence pursuant to U.S.C. § 2255 ("2255 Motion"). (Docket Entry ("D.E.") 1.) Defendant, United States of America, responded in opposition on December 23, 2016. (D.E. 15.) On January 17, 2017, Reed filed a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (D.E. 16 & 17.)[1] Plaintiff averred that he had reviewed the government's response and no longer believed he was entitled to the relief sought in his 2255 Motion. (D.E. 16 at PageID 124; D.E. 17 at PageID 127.) The government has indicated that it does not oppose the motion. For good cause shown, the motion is GRANTED. This matter is DISMISSED without prejudice.

**IT IS SO ORDERED** this 25th day of January 2017.

                                                             s/ J. DANIEL BREEN
                                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reed filed duplicate motions. This order resolves Docket Entries 16 and 17.